CSD 3029 [11/15/04]
Name, Address, Telephone No. & I.D. No.

Victor A. Vilaplana, SBN 058535
David J. Aveni, SBN 251197
Foley & Lardner LLP
402 W. Broadway, Ste. 2100
San Diego, CA 92101
619-234-6655

Order Entered on
February 27, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
MicroIslet, Inc., a Nevada Corporation

Debtor.

BANKRUPTCY NO. 08-11388-PB11

MicroIslet, Inc., a Nevada Corporation

Plaintiff(s)

ADVERSARY NO. 08-90586-PBAD0

v.
John Steel

Defendants(s)

## JUDGMENT BY DEFAULT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Request for Default Docket Entry No. 7

//
//
//
//

DATED: February 27, 2009

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Foley & Lardner LLP
(Firm name)

By: David J. Aveni
    Attorney for Plaintiff

Judge, United States Bankruptcy Court

CSD 3029

CSD 3029 [11/15/04] **(Page 2)**
DEBTOR: MicroIslet, Inc., a Nevada Corporation
CASE NO: 08-11388-PB11
ADVERARY NO.: 08-90586-PBAD0
JUDGMENT BY DEFAULT

Default was entered against defendant, John Steel ,

on February 12, 2009 . Therefore, on motion of the plaintiff, judgment is entered against that defendant in favor of the plaintiff as follows.

IT IS ORDERED THAT:

Defendant Steel is liable to Plaintiff for the sum of $47,814.92, plus costs in the amount of $273.18, for a total of $48,088.10.

CSD 3029

*Signed by Judge Peter W. Bowie February 27, 2009*