| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|---|
| Richard C. Norton, Esq. (135024)<br>Norton Moore & Adams, LLP<br>525 B Street, Suite 1500<br>San Diego, CA 92101<br>Ph. No. (619) 233-8200 | | |

ATTORNEY FOR (Name): Gerald H. Davis, Chapter 7 Trustee

NAME OF COURT: United States Bankruptcy Court, S.D., California
STREET ADDRESS: 325 West F Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME:

PLAINTIFF: MicroIslet, Inc., a Nevada Corporation

DEFENDANT: John Steel

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL    [ ] PARTIAL    [ ] MATURED INSTALLMENT

CASE NUMBER:
BK Case 08-11388-PB7
Adv. Pro. 08-90586-PB7

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows *(see footnote\* before completing)*:
   a. [X] Full satisfaction
      (1) [X] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is
      $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:

2. Full name and address of judgment creditor: Gerald H. Davis, Trustee
   C/o Richard C. Norton, Esq. Norton Moore & Adams, LLP
   525 B Street, Suite 1500, San Diego, CA 92101

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:
   John Steel, 2783 Costebelle Drive, La Jolla, CA 92037

5. a. Judgment entered on *(date)*: February 27, 2009
      [ ] (1) in judgment book volume no.:        (2) page no.:
   b. [ ] Renewal entered on *(date)*:
      [ ] (1) in judgment book volume no.:        (2) page no.:

6. [X] An [X] abstract of judgment  [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:

| COUNTY | DATE OF RECORDING | BOOK NUMBER | PAGE NUMBER |
|---|---|---|---|
| San Diego | May 11, 2009 | | Doc. No. 2009-0247584 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*:

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

▶ /s/ Richard C. Norton

Date: September 28, 2009

(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY)

---

\*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. **A separate notary acknowledgment must be attached for each signature.**

Form Approved by the Judicial Council of California
EJ-100 [Rev. July 1, 1983] (Cor. 7/84)

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

WEST GROUP Official Publisher

CCP 724.060, 724.120, 724.250

# PROOF OF SERVICE

I, Ashley Goss, declare that: I am over the age of 18 and not a party to the within action; I am employed in the County of San Diego, California where the service occurs; and my business address is 525 B Street, Suite 1500, San Diego, California.

On September 28, 2009, I served the foregoing document(s) described as:

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

on all interested parties to this action by placing true copies thereof enclosed in sealed envelopes addressed as shown below:

> John Steel
> 2783 Costebelle Drive
> La Jolla, CA 92037
>
> Victor A. Vilaplana, Esq.
> Foley & Lardner
> 402 W. Broadway, Suite 2100
> San Diego, CA 92101

 X  **BY MAIL**: I placed a true copy in a sealed envelope addressed to the parties as indicated above, on **September 28, 2009.** I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

 __ **BY FACSIMILE**: From facsimile machine telephone number (619) 231-7595 on **September 28, 2009**, I served a full and complete copy of the above-referenced documents on the above-party(ies) at their respective facsimile numbers as indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **September 28, 2009** at San Diego, California.

/s/ Ashley Goss
_____
Ashley Goss